# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DOMINICK N. CETANI and DONNA M. CETANI,** | : | 3:15cv1146 |
| **Plaintiffs** | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| **HELAINE GOLDMAN, SCOTT GOLDMAN, COLE PEFFER, AMBER PEFFER, CRESSON POINT PROPERTIES, and JOHN DOES 1 through 5,** | : | |
| **Defendants** | : | |

## ORDER

**AND NOW**, to wit, this 28th day of July 2016, the Peffer Defendants' motion to dismiss (Doc. 10) is **GRANTED** in part and **DENIED** in part. It is granted in that Count's IV's unjust enrichment claim and Count VI's claims under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*., the Pennsylvania Unfair Trade Practices and Consumer Protection Law, 73 PA. STAT. § 201-1 *et seq*., and the Manufactured Home Community Rights Act, 68 PA. STAT. § 398 *et seq*., are hereby **DISMISSED**. It is denied in all other respects.

                              **BY THE COURT:**


                              **s/ James M. Munley**
                              **JUDGE JAMES M. MUNLEY**
                              **United States District Court**